# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

DEVIONNE WREN BUTLER                                    NO.   2020 CW 0693

VERSUS

JAMES J. BUTLER                                         **AUGUST 06, 2020**

---

In Re:     Devionne Wren Butler, applying for supervisory writs,
           Family Court in and for the Parish of East Baton
           Rouge, No. 221094.

---

**BEFORE: WHIPPLE, C.J., McCLENDON, HIGGINBOTHAM, LANIER AND WOLFE, JJ.**

**WRIT DENIED.**

**PMc**
**TMH**
**WIL**

**Whipple, C.J., and Wolfe, J.** dissent.  The parties herein appeared in court, and the trial court, after questioning the parties, awarded use and occupancy of the family residence to Devionne Wren Butler and ordered James Butler to vacate the home by a certain date.  Although that initial order by the trial court was an interlocutory ruling, no notice was provided to either Devionne Wren Butler or her counsel of the subsequent reconsideration or new hearing prior to the trial court vacating that initial order rendered in open court in their presence. Accordingly, we would grant the writ, vacate the trial court's June 17, 2020 order which vacated its original ruling awarding exclusive use and occupancy of the family residence to Devionne Wren Butler and remand this matter for further proceedings after proper notice to all parties.

COURT OF APPEAL, FIRST CIRCUIT

_____
        DEPUTY CLERK OF COURT
          FOR THE COURT